Julius S. Cordell, Individually and as Executor of the Estate of Catherine Bright, Deceased, and as Trustee Under and by Virtue of the Last Will and Testament of Said Catherine Bright, Deceased, Plaintiff-Appellant, v. Catherine Bright, Defendant-Appellee.
Cyrus Stokes and Ruth Powell Stokes, Co-Defendants.

Gen. No. 47,754.

First District, Second Division.
January 26, 1960.
Rehearing denied February 18, 1960.
Released for publication February 18, 1960.

Samuel J. Andalman (Sheldon O. Collen, of counsel) for plaintiff-appellant; John E. Owens and Bernard Kaufman, for defendant-appellee. Opinion by JUSTICE BURMAN. Not to be published in full.